——————o——————

STATE OF MISSOURI, Appellant, *vs.* AMOS CARPENTER, Respondent.

1. *Practice, criminal—Indictment—Sunday.*—An indictment charged, that the defendant "unlawfully did labor and perform work other than the household offices of necessity, or other work of necessity or duty, on the first day of the week, commonly called Sunday, by then and there hunting game against the form of the statute," etc. *Held,* that the indictment did not pursue the language of the statute, either within the intention or scope, nor did it charge any offense against the laws of this State. (Wagn. Stat., 504, § 32.)

*Appeal from Clinton County Circuit Court.*

*Jno. A. Hockaday, Att'y Gen'l,* for Appellant.

I. Where words of a similar import are employed in an indictment, it is not necessary to pursue the language of the statute literally. (25 Mo., 426; 48 Mo., 93; 15 Mo., 515.)

II. Hunting on Sunday does not come within the exceptions of either a work of necessity or charity, and is therefore labor within the meaning of the statute.

*Roland Hughes,* for Appellant, cited State vs. Ambs 20 Mo., 214.

WAGNER, Judge, delivered the opinion of the court.

The indictment in this case charged, that the defendant "unlawfully did labor and perform work other than the

household offices of necessity, or other work of necessity or duty, on the first day of the week, commonly called Sunday, by then and there hunting game, against the form of the statute," etc. The court sustained a demurrer to the indictment.

The statute under which the indictment was drawn, says: "Every person, who shall either labor himself, or compel or permit his apprentice or servant, or any other person under his charge or control, to labor or perform any work, other than the household offices of daily necessity, or other works of necessity or charity, on the first day of the week commonly called Sunday, shall be deemed guilty of a misdemeanor, and fined not exceeding fifty dollars."

The indictment does not pursue the language of the statute, either within its intention or scope, nor does it charge any offense against the laws of this State.

Let the judgment be affirmed. All the other judges concur, except Judge Vories, absent.